[ See Franklyn v. Warner, above, p. 948. Warner went to sea without paying his board, leaving behind a trunk full of linen, which, according to some accounts, the landlady broke open. The bill follows (S. F. 1809.4):

John Warner Debter. 1677.

May. 15.

|  |  |
|---|---|
| For dyet and Lodgeing from may .15 to Ianuary .10. day .32. | *li s* |
| weekes and .3. dayes at: 6ˢ per weeke . . . . . . . . . . . | 09:15:— |
| Septembʳ | |
| 21. Jt one barrˡˡ of pickled mackrell . . . . . . . . . . . . . . | —:18:— |
| Jt in Cash Lent . . . . . . . . . . . . . . . . . . . . . | —:02:— |
| Jt paid for John Wampus by Iohn Warners order to Goodman Earll . . . . . . . . . . . . . . . . . . . . . . . | —:17:— |
| June .5. | |
| 1678: For .4. weekes dyet . . . . . . . . . . . . . . . . . | 01:04:— |
| Jt one pair of Shoes . . . . . . . . . . . . . . . . . . | —:06:— |
| | D—13:02:— |

Sworn in Court .29° October .1678. by Benjamin Franklyn to bee a just and true Accoᵗ being comparᵈ with his booke.

Jsᵃ Addington Cler.

The Court of Assistants (Records, i. 144) reversed the Judgment for the following reasons (S. F. 1809.9):

The Reasons of yᵉ Verdict Jn the Case betwixt Jn° Warner & Katherine franklin

1 Their was noe goods Attached & soe noe foundation for A tryall or Judgmᵗ

2 The deft was out of yᵉ Country & Judgmᵗ Should not haue bine entred vntill yᵉ next Court but this being entred: See Attachmts Sumon[ses] Sect [1]

3 The deft vndʳ aige vndʳ 21 yeares when yᵉ Judgmᵗ Graunted

4 Noe Suficient proofe of yᵉ Debt — only yᵗ hee did Lodg their wee know not vpon wt Tearmes

Jn the name of yᵉ Jury<br>Ant Checkley foreᵐⁿ ] ·

## CHOCK contᵃ BARNES

Peter Chock plaint. contᵃ Nathaniel Barnes Defendᵗ in an action of debt of thirteen pound one Shilling in money due by booke with damages: . . . The Jury . . . found for the Defendᵗ costs of Court.

## DANIEL contᵃ ALLISON

Thomas Daniel plaint. contᵃ Iames Allison Defendᵗ in an action of the case for disposeing of a parcel of wines contrary to his order and not delivering them according to bill of Loading wᶜʰ was done